United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ROLANDO FALCON-HERNANDEZ** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01698** |
| | § | |
| **MIGUEL VERGARA, *et al.*,** | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Miguel Vergara, Field Office Director of Enforcement and Removal Operations, Laredo Field Office of Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; the U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General; the Executive Office for Immigration and Review; and the Warden of the Rio Grande Detention Center as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition **no later than October 8, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, he must do so **no later than October 15, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned removal or transfer of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on October 1, 2026.

John A. Kazen
United States District Judge